Cite as 2026 Ark. App. 43

# ARKANSAS COURT OF APPEALS
## DIVISION IV
#### No. E-25-122

| | |
|---|---|
| | Opinion Delivered January 21, 2026 |
| LITTLE ROCK PLASTIC SURGERY, P.A. | APPEAL FROM THE ARKANSAS BOARD OF REVIEW |
| APPELLANT | |
| V. | [NO. 2025-BR-00486] |
| DIRECTOR, DIVISION OF WORKFORCE SERVICES; AND BATHSHEBA MCCALL | |
| APPELLEES | DISMISSED |

**CINDY GRACE THYER, Judge**

Appellant Little Rock Plastic Surgery, P.A. ("LRPS"), appeals from the Arkansas Board of Review's September 2, 2025 decision affirming the Appeal Tribunal and finding that the claimant, Bathsheba McCall, was entitled to unemployment benefits. The Board concluded that LRPS failed to meet its burden of proving that McCall engaged in misconduct in connection with her work. We dismiss due to lack of jurisdiction.

On October 1, 2025, LRPS filed its petition for review with this court. The petition reflected that LRPS is a corporation and represented by counsel, Danny Crabtree. However, the petition was signed by Kristy Spann, LRPS's business manager. It is well settled that corporations must be represented by licensed attorneys. *CFO Network, LLC v. Dir.*, 2023 Ark. App. 303; *see also IHOP #1914 v. Dir.*, 2023 Ark. App. 102 (holding that when a party not

licensed to practice law in this state attempts to represent the interests of others by submitting himself or herself to the jurisdiction of a court, those actions, such as the filing of pleadings, are rendered a nullity).

In the instant case, Spann is a business manager, not an attorney, and may not represent LRPS. Invoking the process of a court of law constitutes the practice of law. *IHOP #1914*, 2023 Ark. App. 102, at 2. Because Spann was practicing law when she signed the petition, the petition is null and void. As a result, we lack jurisdiction and dismiss this appeal.

Dismissed.

VIRDEN and BARRETT, JJ., agree.

*Kristy Spann*, pro se appellant.

*Cynthia L. Uhrynowycz*, for appellee.